UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT MANGOLD,

               Plaintiff,               Case No. 1:26-cv-00911

v.                                 Hon. Hala Y. Jarbou

STRYKER CORPORATION,

               Defendant.

| | |
|---|---|
| David H. Fink (P28235) | D. Andrew Portinga (P55804) |
| Nathan J. Fink (P75185) | MILLER JOHNSON |
| FINK BRESSACK | Attorneys for Defendant |
| 38500 Woodward Ave., Ste. 350 | 45 Ottawa Avenue SW, Suite 1100 |
| Bloomfield Hills, MI  48304 | Grand Rapids, MI  49503 |
| (248) 971-2500 | (616) 831-1700 |
| dfink@findbressack.com | portingaa@millerjohnson.com |
| nfink@finkbressack.com | |

## Stipulation and Order to Extend Deadline

The parties jointly stipulate that Defendant shall have until **May 19, 2026**, to file responsive pleadings in this matter.

By:  /s/ Nathan J. Fink                By:  /s/ D. Andrew Portinga

    David H. Fink (P28235)              D. Andrew Portinga (P55804)
    Nathan J. Fink (P75185)             MILLER JOHNSON
    FINK BRESSACK                   Attorneys for Defendant
    Attorneys for Plaintiff             45 Ottawa Avenue SW, Ste. 1100
    38500 Woodward Ave., Ste. 350    Grand Rapids, MI 49503
    Bloomfield Hills, MI  48304

  Dated:  March 30, 2026                Dated: March 30, 2026

      IT IS SO ORDERED.

Dated:  March _____, 2026       _____

                                   Hon. Hala Y. Jarbou
                                   U.S. District Judge