UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT MANGOLD,

           Plaintiff,

v.

STRYKER CORPORATION,

           Defendant.

Case No. 1:26-cv-00911

Hon. Hala Y. Jarbou

| | |
|---|---|
| David H. Fink (P28235) | D. Andrew Portinga (P55804) |
| Nathan J. Fink (P75185) | MILLER JOHNSON |
| FINK BRESSACK | Attorneys for Defendant |
| 38500 Woodward Ave., Ste. 350 | 45 Ottawa Avenue SW, Suite 1100 |
| Bloomfield Hills, MI  48304 | Grand Rapids, MI  49503 |
| (248) 971-2500 | (616) 831-1700 |
| dfink@findbressack.com | portingaa@millerjohnson.com |
| nfink@finkbressack.com | |

## Stipulation and Order to Extend Deadline

The parties jointly stipulate that Defendant shall have until **May 19, 2026**, to file responsive pleadings in this matter.

By: /s/ Nathan J. Fink
   David H. Fink (P28235)
   Nathan J. Fink (P75185)
   FINK BRESSACK
   Attorneys for Plaintiff
   38500 Woodward Ave., Ste. 350
   Bloomfield Hills, MI  48304

Dated:  March 30, 2026

By: /s/ D. Andrew Portinga
   D. Andrew Portinga (P55804)
   MILLER JOHNSON
   Attorneys for Defendant
   45 Ottawa Avenue SW, Ste. 1100
   Grand Rapids, MI 49503

Dated: March 30, 2026

IT IS SO ORDERED.

Dated:  April 1, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge